The People of the State of New York, Respondent, 
against
Oliver Douce, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Laurie Peterson, J.), rendered March 30, 2017, after a nonjury trial, convicting him of unlicensed driving, and imposing sentence.




Per Curiam.
Judgment of conviction (Laurie Peterson, J.), rendered March 30, 2017, affirmed.
Criminal Court properly denied defendant's requests to proceed pro se. Defendant was unable to knowingly, voluntarily and intelligently waive his right to counsel, since he refused to recognize the court's jurisdiction over him, or the authority of the prosecutor and his counsel to prosecute and defend the case; was unwilling to engage with the trial court or answer rudimentary questions concerning his education, experience and background; and displayed an overall pattern of conduct that prevented the fair and orderly exposition of the issues (see People v Crespo, 32 NY3d 176 [2018]; People v Gregory, 163 AD3d 847, 848-849 [2018]; People v Diaz, 294 AD2d 225 [2002], lv denied 98 NY2d 767 [2002]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur

Decision Date: January 25, 2019